**No. 61489.**—Intra-Mar Transport Corporation *v.* United States, protest 302143–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5·(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61490.**—Damrak Trading Company, Inc. *v.* United States, protest 302152–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61491.**—Porath & Magneheim, Inc. *v.* United States, protest 302858–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for láck of prosecution.

BEFORE THE SECOND DIVISION, JANUARY 23, 1958

**No. 61492.**—Competition Chemicals and Ad. M. Schmid & Co. *v.* United States, protest 301206–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of ammeters similar in all material respects to those the subject of *Lucas Electrical Services, Inc.*, and *Frank J. Eberle Co.* v. *United States* (36 Cust. Ct. 209, C. D. 1776), the claim of the plaintiffs was sustained.

**No. 61493.**—Burroughs Corp. *v.* United States, protest 305549–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of key-driven calculating machines and metal parts thereof similar in all material respects, except for having, in addition, an electric motor as an essential feature, to the merchandise the subject of *Plus Computing Machines, Inc.* v. *United States* (44 C. C. P. A. 160, C. A. D. 655), the claim of the plaintiff was sustained.